UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO.: 1:18-cv-00950

JOHN PIERCE,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, JOHN PIERCE, by and through undersigned counsels, hereby gives notice of a pending settlement of the instant matter. The parties have reached a settlement with regard to this case and are presently in the process of drafting and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with this Honorable Court.

Date: July 25, 2019

| | |
|---|---|
| /s/ *W. Stacy Miller* | /s/ *Christopher Legg* |
| W. Stacy Miller II, Esq. | Christopher W. Legg, Esq. |
| MILLER LAW GROUP, PLLC | CHRISTOPHER W. LEGG, P.A. |
| 555 Fayetteville St., Suite 201 | 499 E. Palmetto Park Rd., Ste. 228 |
| Raliegh, NC 27602 | Boca Raton, FL 33432 |
| Stacy@MillerLawGroupNC.com | Chris@theconsumerlawyers.com |
| Office: 919-348-4361 | Office 954-962-2333 |
| Fax: 919-729-2953 | Fax: 954-960-6565 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ *Christopher Legg*
                                              Christopher W. Legg, Esq.