UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CASE NO.: 1:18-cv-00950

JOHN PIERCE,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, John Pierce ("Plaintiff"), and Defendant, Wells Fargo Bank, N.A. ("Defendant"), hereby jointly stipulate and agree that Plaintiff hereby dismisses, with prejudice, his claims asserted against Defendant in the above-styled action, with the parties to bear their own attorney's fees, costs and expenses.

| | |
|---|---|
| /s/ *W. Stacy Miller* | /s/ *Jonathan Reich.* |
| W. Stacy Miller II, Esq. | Jonathan Reich, Esq. |
| MILLER LAW GROUP, PLLC | WOMBLE BOND DICKINSON (US) LLP |
| 555 Fayetteville St., Suite 201 | One West 4th Street |
| Raliegh, NC 27602 | Winston-Salem, NC 27101 |
| Stacy@MillerLawGroupNC.com | jonathan.reich@wbd-us.com |
| Office: 919-348-4361 | Office: 336-721-3623 |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

| | |
|---|---|
| /s/ *Christopher Legg* | /s/ *Nicole Y. Su* |
| Christopher W. Legg, Esq. | Nicole Y. Su |
| CHRISTOPHER W. LEGG, P.A. | WOMBLE BOND DICKINSON (US) LLP |
| 499 E. Palmetto Park Rd., Ste. 228 | 3200 Park Center, Drive, Suite 700 |
| Boca Raton, FL 33432 | Costa Mesa, CA 92626 |
| Chris@theconsumerlawyers.com | Nicole.su@wbd-us.com |
| Office: 954-962-2333 | Office: 657-266-1046 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2019 the foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send an electronic service to all parties of record.

*/s/ Christopher Legg*
Christopher W. Legg, Esq.